UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FENKELL STOP PLUS, INC.,
AHMAD KHALIL,
        Plaintiffs,

v.                                  Case No. 2:10-cv-11417
                                     HON. PATRICK J. DUGGAN
UNITED STATES OF AMERICA,     Magistrate Judge Michael Hluchaniuk
        Defendant.
_____ /

**ORDER FOR DISMISSAL WITHOUT**
**PREJUDICE AND WITHOUT COSTS**

    At a session of said Court, held in the United States District Court for the Eastern District of Michigan, Southern Division, in the city of Detroit, Wayne County, Michigan, on this 9th day of December, 2010.

    PRESENT:    THE HON. PATRICK J. DUGGAN

    IT IS SO ORDERED. This Order disposes of all claims without prejudice and without costs and closes the file.

            s/Patrick J. Duggan
            Patrick J. Duggan
            United States District Judge
Dated: December 9, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 9, 2010, by electronic and/or ordinary mail.

            s/Marilyn Orem
            Case Manager